# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DELVIN JONES

NO. 2022 KW 0129

**APRIL 22, 2022**

---

In Re:    Delvin Jones, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 20-
          CR1-146025.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the district court's ruling on the motion to quash, the bill of information, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before June 20, 2022. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                                **VGW**
                                **AHP**
                                **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_q. Smil_
_____

DEPUTY CLERK OF COURT
    FOR THE COURT